Tracy W. Costantino (SBN 192847)
Tracy.Costantino@jacksonlewis.com
Jade M Brewster, (SBN 303116)
Jade.Brewster@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
VEOLIA ENERGY NORTH AMERICA, LLC;
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC; VEOLIA
WATER NORTH AMERICA-WEST, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHEL PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER NORTH AMERICA-WEST, LLC; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.:<br><br>**NOTICE OF INTERESTED PARTIES FILED ON BEHALF OF DEFENDANTS VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER NORTH AMERICA-WEST, LLC**<br><br>(Filed concurrently with Notice of Removal; Declarations; Civil Case Cover Sheet; and Corporate Disclosure Statement)<br><br>Action File: January 15. 2019 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The undersigned counsel of record for Defendants Veolia Energy North America, LLC; Veolia Water North America Operating Services, LLC; and Veolia Water North America-West, LLC, certify that the following listed parties have a direct, pecuniary

1

interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendants Veolia Energy North America LLC; Veolia Water North America Operating Services, LLC; and Veolia Water North America-West, LLC.

2. Plaintiff Mitchel Parker and alleged putative class members as articulated in Complaint.

Defendants are presently unaware of any other individuals who would have a direct, pecuniary interest in the outcome of the case.

Dated: February 19, 2019	JACKSON LEWIS P.C.

By: /s/ Tracy Wei Costantino
Tracy Wei Costantino
Jade M. Brewster
Attorneys for Defendants
VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER NORTH AMERICA-WEST, LLC

4828-9032-9735, v. 2