1  Tracy W. Costantino (SBN 192847)
   Tracy.Costantino@jacksonlewis.com
2  Jade M Brewster, (SBN 303116)
   Jade.Brewster@jacksonlewis.com
3  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5408
   Telephone: (213) 689-0404
5  Facsimile: (213) 689-0430

6  Attorneys for Defendants
   VEOLIA ENERGY NORTH AMERICA, LLC;
7  VEOLIA WATER NORTH AMERICA
   OPERATING SERVICES, LLC; VEOLIA
8  WATER NORTH AMERICA-WEST, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHEL PARKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER NORTH AMERICA-WEST, LLC; and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT FILED ON BEHALF OF DEFENDANTS VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER NORTH AMERICA-WEST, LLC**<br><br>(Filed concurrently with Notice of Removal; Declarations; Civil Case Cover Sheet; and Notice of Interested Parties)<br><br>Action File: January 15, 2019 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

　　　In accordance with Rule 7.1(a), the undersigned counsel of record for Veolia Energy North America, LLC, certifies that it is a subsidiary of Thermal North America, Inc.

Veolia Water North America Operating Services, LLC is a subsidiary of Veolia Water Americas, LLC. No publicly held corporation owns 10% or more of its stock.

Veolia Water North America-West, LLC is a subsidiary of Veolia Water North America Operating Services, LLC. Neither Veolia Water North America-West, LLC nor Veolia Water North America Operating Services, LLC are publicly held corporations.

The ultimate parent company for each entity listed above is Veolia Environnement S.A., which is a publicly traded company based in France.

Dated: February 19, 2019                    JACKSON LEWIS P.C.

                                             By:   /s/ Tracey Wei Costantino
                                                   Tracy Wei Costantino
                                                   Jade M. Brewster
                                                   Attorneys for Defendants
                                                   VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER NORTH - WEST, LLC

4814-3502-2984, v. 1